UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:25-cv-00005-WBS-CSK |
| | No. 2:25-cv-00006-WBS-CSK |
| | No. 2:25-cv-00182-WBS-CSK |
| | No. 2:25-cv-00188-WBS-CSK |
| | No. 2:25-cv-00191-WBS-CSK |
| | No. 2:25-cv-00192-WBS-CSK |
| | No. 2:25-cv-00194-WBS-CSK |
| | No. 2:25-cv-00197-WBS-CSK |
| | No. 2:25-cv-00218-WBS-CSK |
| | No. 2:25-cv-00219-WBS-CSK |
| | **ORDER** |

     Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

1

1  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
2  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
3  the Court to open a new case for each attempted new pleading and assign it to the Court for
4  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
5  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

6      The Court has reviewed the complaints/petitions filed in the above-captioned cases and
7  finds they are related to Plaintiff's Alameda County criminal conviction.

8      Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00005, 2:25-cv-00006, 2:25-cv-
9  00182, 2:25-cv-00188, 2:25-cv-00191, 2:25-cv-00192, 2:25-cv-00194, 2:25-cv-00197, 2:25-cv-
10 00218 and 2:25-cv-00219 are DISMISSED; the Clerk of the Court is directed to close these cases.
11 No further filings will be accepted.

12 Dated:  January 31, 2025

    WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE